UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                          Case No. 3:22-cr-145

vs.

JUAN EDUARDO HERNANDEZ-GUZMAN,        District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 31)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 31. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as to Count One of the Indictment, charging him with being found in the United States after having been removed therefrom on or about May 28, 2016, at or near Calexico, California, as well as on or about October 13, 2020, at or near Brownsville, Texas, and not having obtained the express consent of the Attorney, General of the United States or the Secretary of the Department of Homeland Security to reapply for admission or reentry to the United States, 8 U.S.C § 1326(a). Doc. No. 17 at PageID 38.

    **IT IS SO ORDERED.**

     June 28, 2023                                               s/ Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge